No. 19,447.

H. M. MUELLER, *Appellee*, v. MATTIE CAMPBELL and
H. A. CAMPBELL, *Appellants*.

### SYLLABUS BY THE COURT.

AGENCY—*Commissions—Verdict—Evidence.* The rule that a verdict supported by competent evidence and approved by the trial court must stand is followed.

Appeal from Washington district court; JOHN C. HOGIN, judge. Opinion filed May 8, 1915. Affirmed.

*Charles Smith,* of Washington, for the appellants.

*Edgar Bennett,* and *Charles W. Clarke,* both of Washington, for the appellee.

The opinion of the court was delivered by

WEST, J.: The plaintiff sued to recover a commission for finding a purchaser able, ready and willing to exchange lands with the defendants on their terms, and his testimony fairly supported the favorable verdict returned by the jury. The defendants had a different story, but the conclusion of the jury and the approval of the trial court are to this court the end of all strife.

The judgment is affirmed.